UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PAULETTA LANGLEY<br><br>     Plaintiff,<br><br>          vs.<br><br>SELENE FINANCE, LP; JOHN<br>DOES I-X,<br><br>     Defendants. | HON.<br>Civil Action No.<br><br>**COMPLAINT AND JURY DEMAND** |

PAULETTA LANGLEY, of full age, hereby Complains of Defendant as follows:

**JURISDICTION AND VENUE**

**1.** Jurisdiction is appropriately laid in the United States District Court, District of New Jersey pursuant to 28 USC 1331 as the claim in question is based upon a federal statute and Federal Question Jurisdiction.

**2.** Venue is appropriately laid in the District Court of New Jersey pursuant to 28 USC 1391(b)(2) as the events giving rise to the claim occurred substantially within the State of New Jersey.

**PARTIES**

**3.** Plaintiff PAULETTA LANGLEY is the owner of real property located at 207-209 Shepard Avenue, East Orange, New Jersey.

**4.** Selene Finance, LP. ("Selene") is the loan servicing

company for the mortgage loan that is the subject of this litigation.   Selene regularly conducts business in New Jersey and maintains its principal location of business at 9990 Richmond Ave, Suite 400 South, Houston, TX.   For the purposes of service of process Selene maintains an agent in New Jersey at The Corporation Trust Company 820 Bear Tavern Road, West Trenton, NJ 08628.

## FACTS COMMON TO ALL COUNTS

### Background

**5.**   On April 13, 2007 Pauletta Langley entered into a Residential Mortgage Loan by executing a promissory note and mortgage in favor of Weichert Financial Services.

**6.**   Weichert Financial Services sold the note and mortgage shortly after the loan closed.

**7.**   Subsequently, ownership and servicing of the mortgage loan transferred multiple times.

**8.**   Throughout the life of the loan, Plaintiff has been subjected to attempts by the various loan servicing companies to collect sums of money not owed on the loan.

**9.**   In 2008 Plaintiff was having difficulty paying the mortgage loan and sought loss mitigation assistance.

**10.**   The lender would not countersign a permanent modification agreement and the mortgage loan was never modified.

**11.**   Plaintiff defaulted on the loan.

**a.** On January 7, 2010 J.P. Morgan Acquisition Corp. filed a foreclosure debt collection action under New Jersey docket F-3104-10. That case was dismissed on February 28, 2013.

**b.** On October 3, 2013 Wilmington Savings Fund Society, FSB, Not Its Individual Capacity but Solely as Trustee for the Primestar-H Fund 1 Trust filed a second foreclosure debt collection action under New Jersey docket F-35381-13. The 2013 foreclosure remains ongoing in active litigation.

**12.** On October 14, 2014 Plaintiff filed a single cause of action complaint under District Court of New Jersey docket 2:14-cv-06366 against Statebridge Company, LLC, the prior servicer of the mortgage loan.

**a.** In the 2014 litigation, Plaintiff alleged that Statebridge Company, LLC violated the Fair Debt Collection Practices Act, 15 U.S.C. 1692 *et seq.*, by sending Plaintiff monthly mortgage statements including charges for fees and expenses not incurred by the loan owner or servicer.

**b.** The 2014 litigation was dismissed after the parties agreed to a confidential settlement of Plaintiff's claim.

**13.** On February 2, 2015 servicing of the mortgage loan was transferred from Statebridge Company LLC to Selene.

**14.** As of March 13, 2015, the entity claiming to own the note and mortgage is SRMOF II 2011-1 TRUST.

### Terms of the Loan and Servicing Thereof

**15.** The promissory note has a ten year interest only period requiring that from June 1, 2007 through June 1, 2017 Plaintiff is charged interest but not principal on the mortgage loan. A copy of the promissory note is attached hereto as **Exhibit 1.**

**16.** The promissory note contains an adjustable rate feature.

**17.** The initial interest rate on the promissory note was 6.625%.

**18.** Beginning on May 1, 2012 and each year thereafter on that same date, the interest rate adjusts. The May 1 date is known as the "Rate Change Date."

    **a.** Pursuant to the terms of the mortgage loan, the Adjustable Interest Rate is determined by adding 2.500 percentage points to the 12 month LIBOR rate as of the month directly preceding the rate change date, rounded to the nearest one-eighth of one percentage point.

**19.** In April of 2014 the 12-month LIBOR rate was 0.5497%. Properly applying the terms of the mortgage loan, the interest rate of Plaintiff's loan from May 1 2014-April 31 2015 was 3.125%.

    **a.** For the months of February, March and April 2015, Selene charged Plaintiff an interest rate of 6.00%, thereby inflating the amount allegedly owed by Plaintiff.

**20.** In April of 2015 the 12-month LIBOR rate was 0.6965%.

Pursuant to the promissory note, the interest rate of Plaintiff's loan as of May 2015 is 3.25%.

    **a.** For the months of May, June, July and August 2015 Selene charged Plaintiff an interest rate of 6.00%, thereby inflating the amount allegedly owed by Plaintiff.

**21.** Since December 2012 Plaintiff has paid all real estate taxes and property insurance out of pocket.

**22.** Selene has never made any payments toward real estate taxes and/or property/hazard insurance owed on the property.

**23.** Selene sent Plaintiff a monthly mortgage statement dated February 17, 2015. A copy of the statement is attached hereto as **Exhibit 2**.

    **a.** The February mortgage statement charges Plaintiff an inflated interest rate of 6.00%.

    **b.** The February mortgage statement charges Plaintiff $945.25 for "Escrow (For Taxes and/or Insurance)".

    **c.** The February mortgage statement charges Plaintiff $248.74 in "Principal" on the loan.

**24.** Selene sent Plaintiff a monthly mortgage statement dated March 16, 2015. A copy of the statement is attached hereto as **Exhibit 3**.

    **a.** The March mortgage statement charges Plaintiff an inflated interest rate of 6.00%.

    **b.** The March mortgage statement charges Plaintiff $945.25

for "Escrow (For Taxes and/or Insurance)".

    **c.**   The March mortgage statement charges Plaintiff $249.98 in "Principal" on the loan.

25.  Selene sent Plaintiff a monthly mortgage statement dated May 18, 2015.  A copy of the statement is attached hereto as **Exhibit 4**.

    **a.**   The May mortgage statement charges Plaintiff an inflated interest rate of 6.00%.

    **b.**   The May mortgage statement charges Plaintiff $945.25 for "Escrow (For Taxes and/or Insurance)".

    **c.**   The May mortgage statement charges Plaintiff $252.49 in "Principal" on the loan.

26.  Selene sent Plaintiff a monthly mortgage statement dated June 16, 2015.  A copy of the statement is attached hereto as **Exhibit 5**.

    **a.**   The June mortgage statement charges Plaintiff an inflated interest rate of 6.000%.

    **b.**   The June mortgage statement charges Plaintiff $1,198.35 for "Escrow (For Taxes and/or Insurance)."

    **c.**   The June mortgage statement charges Plaintiff $253.75 in "Principal" on the loan.

27.  On or about July 23, 2015 Plaintiff received a monthly mortgage statement dated July 16, 2015 from Selene.  A copy of the statement is attached hereto as **Exhibit 6**.

    **a.**   The monthly mortgage statement charges Plaintiff an inflated interest rate of 6.000%.

    **b.**   The monthly mortgage statement charges Plaintiff $1,198.35 for "Escrow (For Taxes and/or Insurance)."

    **c.**   The July mortgage statement charges Plaintiff $255.02 in "Principal" on the loan.

**28.** Selene sent Plaintiff a monthly mortgage statement dated August 17, 2015. A copy of the statement is attached hereto as **Exhibit 7.**

    **a.**   The August mortgage statement charges Plaintiff an inflated interest rate of 6.000%.

    **b.**   The August mortgage statement charges Plaintiff $1,198.35 for "Escrow (For Taxes and/or Insurance)."

    **c.**   The August mortgage statement charges Plaintiff $256.29 in "Principal" on the loan.

**29.** The June, July and August mortgage statements overcharge Plaintiff interest on the loan by 2.75%.

**30.** The June, July and August mortgage statements wrongly charge Plaintiff principal on the loan during the interest only period.

**31.** The June, July and August mortgage statements wrongly charge Plaintiff escrow fees which have not been incurred by Selene or the owner of the loan.

### COUNT I

**Violation of the Fair Debt Collection Practices Act**

**15 U.S.C. 1692 *et seq.***

**32.** Plaintiff reincorporates by reference all allegations of the complaint as if set forth at length herein.

**33.** Selene is a debt collector as that term is defined by 15 U.S.C. 1692a(6).

**34.** The mortgage loan that is the subject of this litigation is a debt as that term is defined by 15 U.S.C. 1692a(5).

**35.** Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3).

**36.** Selene violated 15 U.S.C. 1692d by engaging in conduct the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt.

> **a.** Selene was placed on notice that it was billing Plaintiff the wrong amount each month and it continued to do so.
>
> **b.** Selene was made aware that Plaintiff had been wrongfully charged for taxes and insurance on monthly mortgage statements dating back to December 2012. Selene continued to refuse to correct the wrongful billing and to demand payment from Plaintiff for sums of money not owed.
>
> **c.** Charging an inflated interest rate has the natural consequence of which is to harass, oppress, or abuse the

8

debtor.

**d.**   Charging principal while the loan is in an interest only period has the natural consequence of which is to harass, oppress, or abuse the debtor.

**e.**   Charging the debtor for real estate taxes and/or insurance when such expenses have not been incurred by the lender and/or servicer has the natural consequences of which is to harass, oppress, or abuse the debtor.

37.   Selene violated 15 U.S.C. 1692e by using false, deceptive, and/or misleading representations or means in connection with the collection of a debt.

**a.**   Selene charged Plaintiff the wrong interest rate, and demanded payment for taxes and insurance when no such fees were incurred, resulting in the overbilling of the account by thousands of dollars.  This conduct violates 15 U.S.C. 1692e(2) because it is a false representation of the amount of the debt.

**b.**   Selene violated 15 U.S.C. 1692e(5) by threatening to collect and taking action to collect sums of money that are not owed by Plaintiff and cannot legally be sought in collections.

**c.**   Selene sent monthly statements to Plaintiff charging Plaintiff the wrong interest rate and overbilling the account by thousands of dollars.  This conduct violated 15

U.S.C. 1692e(10) by using false representations and/or deceptive means to collect a debt.

**38.** Selene violated 15 U.S.C. 1692f by using unfair and/or unconscionable means to collect or attempt to collect a debt from Plaintiff.

    **a.** Selene violated 15 U.S.C. 1692f(1) by seeking to collect an amount not expressly authorized by agreement with Plaintiff each time it charged the wrong interest rate, demanded payment for taxes and insurance, and demanded payment of principal on the loan.

**39.** The within pleading is intended to place Defendant on notice of its wrongful actions.  It is anticipated that additional actions in violation of the Fair Debt Collection Practices Act will be uncovered.

**40.** As a result of Selene's conduct Plaintiff has suffered actual damages.

**41.** On information and belief, Plaintiff has been overcharged more than $25,000.00 on the loan.

**42.** As a result of Selene's conduct Plaintiff is entitled to relief under 15 U.S.C. 1692k including but not limited to actual damages, statutory damages, attorney fees and costs of suit.

## COUNT II

**Violation of the Real Estate Settlement Procedures Act**

**12 U.S.C. 2601 *et seq.***

**43.** Plaintiff reincorporates by reference all allegations of the complaint as if set forth at length herein.

**44.** On April 23, 2015, Plaintiff duly served the Notice of Error to Selene pursuant to 12 U.S.C. 2605 and 12 C.F.R. 1024.35. A copy of the Plaintiff's Notice of Error is attached hereto as **Exhibit 8**.

**45.** According to the proof of delivery notification attached to the Plaintiff's Notice of Error on April 27, 2015 Selene received the Plaintiff's Notice of Error.

**46.** Pursuant to Regulation X, specifically 12 C.F.R. 1024.35(d), Selene must within five days of receipt of the duly delivered Notice of Error acknowledge receipt of the Notice of Error.

  **a.** More than five days have passed since Plaintiff delivered her Notice of Error to Selene and as of the filing of this Complaint Selene has not issued any acknowledgement of receipt of the Plaintiff's Notice of Error.

**47.** Pursuant to Regulation X, specifically 12 C.F.R. 1024.35(e)(1), within 30 days of receipt of a duly delivered Notice of Error Selene must conduct an investigation into the

11

allegations set forth in the Notice of Error and respond to the borrower in writing to advise the borrower that the error has been corrected or advise the borrower that after investigation, Selene has concluded that no error occurred.

    **a.**   More than 30 days have passed since Selene received the Plaintiff's Notice of Error.  As of the filing of this Complaint, Selene has not provided a written response to the Notice of Error and has also not corrected any of the servicing errors identified by Plaintiff in her duly served Notice of Error.

**48.**  The Plaintiff's Notice of Error provided sufficient detail to Selene as to the specific servicing errors disputed by Plaintiff.

**49.**  Since receiving the Notice of Error, Selene has continued to repeat the servicing errors identified in the Notice of Error.

**50.**  Selene is engaging in a pattern and practice of noncompliance with the requirements of the Real Estate Settlement Procedures Act.  Selene is at least the second servicer to engage in the same pattern of bad practices with regard to the servicing of Plaintiff's Residential Mortgage Loan.

**51.**  The within pleading is intended to place Defendant on notice of its wrongful actions.  It is anticipated that

additional actions in violation of the Real Estate Settlement Procedures Act will be uncovered.

**52.** As a result of Selene's failure to correct the servicing errors identified in the Plaintiff's Notice of Error, Plaintiff has suffered harm.

**53.** As a result of Selene's failure to respond to the Notice of Error, Plaintiff is entitled to relief as set forth in 12 U.S.C. 2605(f) including actual damages, statutory damages in the amount of $2,000 for each of Selene's violations, attorney fees, costs of suit and all other relief the Court finds appropriate.

    **WHEREFORE**, Plaintiff demands:

a.   Compensatory Damages

b.   Statutory Damages

c.   Attorney fees and costs

d.   All other relief this Court determines to be just and fair.

<u>**JURY TRIAL DEMAND**</u>

    Plaintiff hereby demands a trial by jury.

                            DENBEAUX & DENBEAUX
                            Attorneys for Plaintiffs

Dated:  August 27, 2015          */s/ Adam Deutsch*
                            Adam Deutsch, Esq.
                            DENBEAUX & DENBEAUX
                            Attorneys for Plaintiff

# Exhibit 1



ORIGINAL

### FIXED/ADJUSTABLE RATE NOTE
### INTEREST ONLY FOR 10 YEARS
### (LIBOR Index-Rate Caps)

Loan Number:

THIS NOTE PROVIDES FOR A CHANGE IN MY FIXED INTEREST RATE TO AN ADJUSTABLE INTEREST RATE. THIS NOTE LIMITS THE AMOUNT MY ADJUSTABLE INTEREST RATE CAN CHANGE AT ANY ONE TIME AND THE MAXIMUM RATE I MUST PAY.

BORROWER WILL MAKE MONTHLY PAYMENTS OF INTEREST ONLY FOR THE FIRST 120 MONTHS. (THE AMOUNT OF SUCH PAYMENTS IS SUBJECT TO CHANGE DUE TO THE FACT THAT THE INTEREST RATE WILL BECOME AN ADJUSTABLE INTEREST RATE IN ACCORDANCE WITH SECTION 4 BELOW). BEGINNING WITH THE 121st PAYMENT, BORROWER WILL BE REQUIRED TO MAKE MONTHLY PRINCIPAL AND INTEREST PAYMENTS IN AN AMOUNT SUFFICIENT TO FULLY AMORTIZE THE UNPAID PRINCIPAL BALANCE AT THE MATURITY DATE.

| April 13, 2007 | West Orange | NJ |
|---|---|---|
| [Date] | [City] | [State] |

207-209 Shepard Avenue, City of East Orange, NJ  07017
[Property Address]

### 1.  BORROWER'S PROMISE TO PAY

In return for a loan that I have received, I promise to pay U.S. $ 300,000.00 (this amount is called "Principal"), plus interest, to the order of Lender. Lender is Weichert Financial Services. I will make all payments under this Note in the form of cash, check or money order.
I understand that Lender may transfer this Note. Lender or anyone who takes this Note by transfer and who is entitled to receive payments under this Note is called the "Note Holder."

### 2.  INTEREST

Interest will be charged on unpaid principal until the full amount of Principal has been paid. My initial interest rate will be 6.625 %.  The interest rate I will pay may change in accordance with Section 4 of this Note.
The interest rate required by Section 2 and Section 4 of this Note is the rate I will pay both before and after any default described in Section 7(B) of this Note.

### 3.  PAYMENTS

#### (A)  Time and Place of Payments

I will make payments every month until I have paid all of the principal and interest and any other charges described below that I may owe under this Note. Each monthly payment will be applied as of its scheduled due date and will be applied to interest before Principal. If, on May 1, 2037, I still owe amounts under this Note, I will pay those amounts in full on that date which is called the "Maturity Date.

Page 1 of 6

GL313 Interest Only Note
lr 10/05

Loan Number:

I will make my monthly payments at Weichert Financial Services or at a different place if required by the Note Holder.

### (B)  Initial Monthly Payments of Interest Only

Beginning on June 1, 2007, I will make 120 monthly payments of interest only (the "Interest-Only Period") on the unpaid balance of the Note.  Until I make a Partial Prepayment or the Interest rate adjusts as set forth herein, my interest payment shall be 1,656.25.

### (C)  Subsequent Monthly Payments of Principal and Interest

Beginning on 03/01/2017, I will be required to make monthly payments of principal and interest (the "Principal and Interest Period") in an amount sufficient to fully amortize the unpaid principal balance of the Note by the Maturity Date.  The amount of my monthly payment may change every twelve (12) months based on changes on the unpaid balance and the current interest rate as determined under Section 4 of this Note.

## 4.  ADJUSTABLE INTEREST RATE AND MONTHLY PAYMENT CHANGES

### (A)  Change Dates

The initial fixed interest rate I will pay will change to an adjustable interest rate on the first day of May,2012 and on that day every 12th month thereafter.  The date on which my initial fixed interest rate changes to an adjustable interest rate, and each date on which my adjustable interest rate could change is called a "Change Date."

### (B)  The Index

Beginning with the first Change Date, my adjustable interest rate will be based on an Index.  The "Index" is the average of interbank offered rates for one-year U.S. dollar-denominated deposits in the London market ("Libor"), as published in the Wall Street Journal.  The most recent Index figure available as of the first business day of the month immediately preceding the month in which the Change Date occurs is called the "Current Index."

If the Index is no longer available, the Note Holder will choose a new index that is based upon comparable information.  The Note Holder will give me notice of this choice.

### (C)  Calculation of Changes

Before each Change Date, the Note Holder will calculate my new interest rate by adding two and one-half percentage points 2.500 to the Current Index.  The Note Holder will then round the result of this addition to the nearest one-eighth of one percentage point (0.125%).  Subject to the limits stated in Section 4(D) below, this rounded amount will be my new interest rate until the next Change Date.

During the Principal and Interest Period, as set forth in Section 3(C) above, on the first day of the month following a Change Date, the Note Holder will determine the amount of the monthly payment that would be sufficient to repay the unpaid principal that I am expected to owe at the Change Date in full on the Maturity Date at my new interest rate in substantially equal payments.  The result of this calculation will be the new amount of my monthly payment.

Page 2 of 6

Loan Number: ███

#### (D)  Limits on Interest Rate Changes

The interest rate I am required to pay at the first Change Date will not be greater than 12.625% or less than 2.500%. Thereafter, my adjustable interest rate will never be increased or decreased on any single Change Date by more than two percentage points from the rate of interest I have been paying for the preceding twelve months. My interest rate will never be greater than 12.625%.

#### (E)  Effective Date of Changes

My new interest rate will become effective on each Change Date. I will pay the amount of my new monthly payment beginning on the first monthly payment date after the Change Date until the amount of my monthly payment changes again.

#### (F)  Notice of Changes

The Note Holder will deliver or mail to me a notice of any changes in my initial fixed interest rate to an adjustable rate and of any changes in my adjustable interest rate before the effective date of any change. The notice will include the amount of my monthly payment, any information required by law to be given to me and also the title and telephone number of a person who will answer any question I may have regarding the notice.

## 5.  BORROWER'S RIGHT TO PREPAY

I have the right to make payments of Principal at any time before they are due. A payment of Principal only is known as a "Prepayment". When I make a Prepayment, I will tell the Note Holder in writing that I am doing so. I may not designate a payment as a Prepayment if I have not made all of the monthly payments due under the Note.

I may make a Full Prepayment or Partial Prepayments without paying any Prepayment charge. The Note Holder will use my Prepayments to reduce the amount of Principal that I owe under this Note. However, the Note Holder may apply my Prepayment to the accrued and unpaid interest on the Prepayment amount before applying my Prepayment to reduce the Principal amount of this Note. If I make a Partial Prepayment, there will be no changes in the due dates of my monthly payments unless the Note Holder agrees in writing to those changes. Any Partial Prepayment made during the Interest-Only Period set forth in Section 3(B) above will reduce the amount of my monthly payments. Any Partial Prepayment made during the Principal and Interest Period set forth in Section 3(C) above may reduce the amount of my monthly payments after the first Change Date following my Partial Prepayment. However, any reduction due to my partial Prepayment may be offset by an interest rate increase.

## 6.  LOAN CHARGES

If a law which applies to this loan and which sets maximum loan charges is finally interpreted so that the interest or other loan charges collected or to be collected in connection with this loan exceed the permitted limits, then: (a) any such loan charge shall be reduced by the amount necessary to reduce the charge to the permitted limit; and (b) any sums already collected from me that exceeded permitted limits will be refunded to me. The Note Holder may choose to make this refund by reducing the Principal I owe under this Note or by making a direct payment to me. If a refund reduces Principal, the reduction will be treated as a partial Prepayment.

Page 3 of 6

GL313-3 Interest Only Note
lr 10/05

## 7.  BORROWER'S FAILURE TO PAY AS REQUIRED

### (A)  Late Charge for Overdue Payments

If the Note Holder has not received the full amount of any monthly payment by the end of 15 calendar days after the date it is due, I will pay a late charge to the Note Holder.  The amount of the charge will be five % of my overdue payment of principal and interest.  I will pay this late charge promptly but only once on each late payment.

### (B)  Default

If I do not pay the full amount of each monthly payment on the date it is due, I will be in default.

### (C)  Notice of Default

If I am in default, the Note Holder may send me a written notice telling me that if I do not pay the overdue amount by a certain date, the Note Holder may require me to pay immediately the full amount of Principal that has not been paid and all the interest that I owe on that amount. That date must be at least thirty (30) days after the date on which the notice is mailed to me or delivered by other means.

### (D)  No Waiver by Note Holder

Even if, at a time when I am in default, the Note Holder does not require me to pay immediately in full as described above, the Note Holder will still have the right to do so if I am in default at a later time.

### (E)  Payment of Note Holder's Costs and Expenses

If the Note Holder has required me to pay immediately in full as described above, the Note Holder will have the right to be paid back by me for all of its costs and expenses in enforcing this Note to the extent not prohibited by applicable law.  These expenses include, for example, reasonable attorneys' fees.

## 8.  GIVING OF NOTICES

Unless applicable law requires a different method, any notice that must be given to me under this Note will be given by delivering it or by mailing it by first class mail to me at the Property Address above or at a different address if I give the Note Holder a notice of my different address.

Unless the Note Holder requires a different method, any notice that must be given to the Note Holder under this Note will be given by mailing it by first class mail to the Note Holder at the address stated in Section 3(A) above or at a different address if I am given notice of that different address.

Page 4 of 6

GL313-4 Interest Only Note
lr 10/05

Loan Number: ███████

### 9. OBLIGATIONS OF PERSONS UNDER THIS NOTE

If more than one person signs this Note, each person is fully and personally obligated to keep all of the promises made in this Note, including the promise to pay the full amount owed. Any person who is a guarantor, surety or endorser of this Note is also obligated to do these things. Any person who takes over these obligations, including the obligations of a guarantor, surety or endorser of this Note, is also obligated to keep all of the promises made in this Note. The Note Holder may enforce its rights under this note against each person individually or against all of us together. This means that any one of us may be required to pay all of the amounts owed under this Note.

### 10. WAIVERS

I and any other person who has obligations under this Note waive the rights of Presentment and Notice of Dishonor. "Presentment" means the right to require the Note Holder to demand payment of amounts due. "Notice of Dishonor" means the right to require the Note Holder to give notice to other persons that amounts due have not been paid.

### 11. UNIFORM SECURED NOTE

This Note is a uniform instrument with limited variations in some jurisdictions. In addition to the protections given to the Note Holder under this Note, a Mortgage, Deed of Trust or Security Deed (the "Security Instrument"), dated the same date as this Note, protects the Note Holder from possible losses which might result if I do not keep the promises which I make in this Note. That Security Instrument describes how and under what conditions I may be required to make immediate payment in full of all amounts I owe under this Note. Some of those conditions read as follows:

(A) Until my initial fixed interest rate changes to an adjustable interest rate under the terms stated in Section 4 above, Uniform Covenant 18 of the Security Instrument shall read as follows:

**Transfer of the Property or a Beneficial Interest in Borrower.** As used in this Section 18, "Interest in Property" means any legal or beneficial interest in the Property, including, but not limited to, those beneficial interests transferred in a bond for deed, contract for deed, installment sales contract or escrow agreement, the intent of which is the transfer of title by Borrower at a future date to a purchaser.

If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if exercise is prohibited by Applicable Law.

If Lender exercises this option, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

GL313-5 Interes: Only Note
ir 10/05

Loan Number:

(B) When my initial fixed interest rate changes to an adjustable interest rate under the terms stated in Section 4 above, Uniform Covenant 18 of the Security Instrument described in Section 11(A) above shall then cease to be in effect, and Uniform Covenant 18 of the Security Instrument shall instead read as follows:

Transfer of the Property or a Beneficial Interest in Borrower. As used in this Section 18 "Interest in the Property" means any legal or beneficial interest in the Property, including, but not limited to, those beneficial interests transferred in a bond for deed, contract for deed, installment sales contract or escrow agreement, the intent of which is the transfer of title by Borrower at a future date to a purchaser.

If all or any part of the Property or any Interest in the Property is sold or transferred (or if Borrower is not a natural person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent, Lender may require immediate payment in full of all sums secured by this Security Instrument. However, this option shall not be exercised by Lender if exercise is prohibited by Applicable Law. Lender shall also not exercise this option if: (a) Borrower causes to be submitted to Lender information required by Lender to evaluate the intended transferee as if a new loan were being made to the transferee; and (b) Lender reasonably determines that Lender's security will not be impaired by loan assumption and that the risk of a breach of any covenant or agreement in this Security Instrument is acceptable to Lender.

To the extent permitted by Applicable Law, Lender may change a reasonable fee as a condition to Lender's consent to the loan assumption. Lender also may require the transferee to sign an assumption agreement that is acceptable to Lender and that obligates the transferee to keep all the promises and agreements made in the Note and in this Security Instrument. Borrower will continue to be obligated under the Note and this Security Instrument unless Lender releases Borrower in writing.

If Lender exercises this option to require immediate payment in full, Lender shall give Borrower notice of acceleration. The notice shall provide a period of not less than 30 days from the date the notice is given in accordance with Section 15 within which Borrower must pay all sums secured by this Security Instrument. If Borrower fails to pay these sums prior to the expiration of this period, Lender may invoke any remedies permitted by this Security Instrument without further notice or demand on Borrower.

WITNESS THE HAND(S) AND SEAL(S) OF THE UNDERSIGNED

_Pauletta Langley_ (Seal)
Pauletta Langley -Borrower

_____ (Seal)
-Borrower

_____ (Seal)
-Borrower

Page 6 of 6

GL313-6 Interest Only Note
Ir 10/05

PAY TO THE ORDER OF:

WITHOUT RECOURSE
WEICHERT FINANCIAL SERVICES

BY: _Ellen Biondo_

Ellen Biondo
Supervisor

# Exhibit 2

# SELENE®
## FINANCE

9990 Richmond, Suite 400 South
Houston, TX 77042-4546

*Rec'vd 8/24/15*

# Mortgage Statement
Statement Date: 02/17/2015

If you have questions or concerns about your statement or account, please contact us at (877)735-3637 between the hours of 8:00am to 5:00pm CT Monday through Friday or you can contact us at www.selenefinance.com.

Hearing Impaired call 711 or (800)735-2989.

0-755-49657-0002842-001-1-000-010-000-000

PAULETTA LANGLEY
C/O DENBEAUX & DENBEAUX
366 KINDERKAMACK RD
WESTWOOD NJ 07675-1675

| Account Number | |
|---|---|
| Payment Due Date | 03/01/2015 |
| **Amount Due** | **$188,325.40** |

*If payment is received after 03/16/2015, a maximum of $86.07 late fee may be charged.*

**Property Address:**

207209 SHEPARD AVE
CITY OF EAST ORANGE NJ 07017

## Account Information
| | |
|---|---|
| Outstanding Principal Balance* | $308,475.91 |
| Deferred Principal Balance | $0.00 |
| Escrow Balance | -$39,464.66 |
| Interest Rate | 6.000% |
| Prepayment Penalty | No |

*This is the principal balance only, not the amount required to pay your account in full.

## **Delinquency Notice**
**You are late on your mortgage payments.** Failure to bring your loan current may result in fees and foreclosure - the loss of your home. Your loan has been past due since 2009-10-02. As of 02/17/2015, you are 199 days delinquent on your mortgage loan.

- Payment Due 9/1/2014 Unpaid balance of $2,666.60
- Payment Due 10/1/2014 Unpaid balance of $2,666.60
- Payment Due 11/1/2014 Unpaid balance of $2,666.60
- Payment Due 12/1/2014 Unpaid balance of $2,666.60
- Payment Due 1/1/2015 Unpaid balance of $2,666.60
- Payment Due 2/1/2015 Unpaid balance of $2,666.60
- Current Payment Due 03/01/2015: $2,666.60
- Total $188,325.40 due. You must pay this amount to bring your loan CURRENT.

**If you are Experiencing Financial Difficulty:** See back for information about mortgage counseling assistance.

## Explanation of Amount Due
| | |
|---|---|
| Principal | $248.74 |
| Interest | $1,472.61 |
| Escrow (For Taxes and/or Insurance) | $945.25 |
| **Regular Monthly Payment** | **$2,666.60** |
| Total Late Fees and Other Charges | $5,335.97 |
| Corporate Advances | $4,327.23 |
| Past Due Amount | $175,995.60 |
| Unapplied Balance | $0.00 |
| **Total Amount Due** | **$188,325.40** |

## Past Payments Breakdown
| | Paid Last Cycle | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Late Fees and Other Charges | $0.00 | $0.00 |
| Corporate Advance | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Transaction Activity (2/2/2015 - 02/16/2015)

| DATE | DESCRIPTION | PRINCIPAL | INTEREST | ESCROW | OPTIONAL | LATE CHARGES | FEES/ OTHER | SUSPENSE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| 02/03/15 | Loan Setup | -$308,475.91 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 02/03/15 | Late Charge Adjstmnt | $0.00 | $0.00 | $0.00 | $0.00 | -$5,335.97 | $0.00 | $0.00 | $0.00 |

## Important Messages
*Partial Payments: Any partial payments that you make are not applied to your mortgage but instead are held in an unapplied account on your mortgage. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

005-081-4-1100F

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT

# SELENE®
## FINANCE



PAULETTA LANGLEY

| Account Number | Payment Due Date | Regular Monthly Payment | Past Due Amount | Payments Due | Advances/ Fees Charged |
|---|---|---|---|---|---|
| 0000216689 | 03/01/2015 | $2,666.60 | $175,995.60 | 67 | $9,663.20 |

SELENE FINANCE
PO BOX 71243
PHILADELPHIA, PA 19176-6243

☐ Please check here if address, phone # or email change is indicated on reverse side.

## Total Amount Due
**Due By 03/01/2015:** **$188,325.40**
*If payment is received after 03/16/2015, a maximum of $86.07 late fee may be charged.*

| | |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | **$** |

# Exhibit 3

# SELENE® FINANCE

9990 Richmond, Suite 400 South
Houston, TX 77042-4546

**Mortgage Statement**
Statement Date: 03/16/2015

RECEIVED
MAR 23 2015
BY: .........................

If you have questions or concerns about your statement or account, please contact us at (877)735-3637 between the hours of 8:00am to 5:00pm CT Monday through Friday or you can contact us at www.selenefinance.com.

Hearing Impaired call 711 or (800)735-2989.

0-755-49770-0002760-001-1-000-010-000-000

PAULETTA LANGLEY
C/O DENBEAUX & DENBEAUX
366 KINDERKAMACK RD
WESTWOOD NJ 07675-1675

| Account Number | |
|---|---|
| **Payment Due Date** | **04/01/2015** |
| **Amount Due** | **$190,992.00** |

*If payment is received after 04/16/2015, a maximum of $86.07 late fee may be charged.*

**Property Address:**

207209 SHEPARD AVE
CITY OF EAST ORANGE NJ 07017

## Account Information

| | |
|---|---|
| Outstanding Principal Balance* | $308,475.91 |
| Deferred Principal Balance | $0.00 |
| Escrow Balance | -$39,464.66 |
| Interest Rate | 6.000% |
| Prepayment Penalty | No |

*This is the principal balance only, not the amount required to pay your account in full.

## **Delinquency Notice**

**You are late on your mortgage payments.** Failure to bring your loan current may result in fees and foreclosure - the loss of your home. Your loan has been past due since 2009-10-02. As of 03/16/2015, you are 202 days delinquent on your mortgage loan.

- Payment Due 10/1/2014 Unpaid balance of $2,666.60
- Payment Due 11/1/2014 Unpaid balance of $2,666.60
- Payment Due 12/1/2014 Unpaid balance of $2,666.60
- Payment Due 1/1/2015 Unpaid balance of $2,666.60
- Payment Due 2/1/2015 Unpaid balance of $2,666.60
- Payment Due 3/1/2015 Unpaid balance of $2,666.60
- Current Payment Due 04/01/2015: $2,666.60
- Total $190,992.00 due. You must pay this amount to bring your loan CURRENT.

**If you are Experiencing Financial Difficulty:** See back for information about mortgage counseling assistance.

## Explanation of Amount Due

| | |
|---|---|
| Principal | $249.98 |
| Interest | $1,471.37 |
| Escrow (For Taxes and/or Insurance) | $945.25 |
| **Regular Monthly Payment** | **$2,666.60** |
| Total Late Fees and Other Charges | $5,335.97 |
| Corporate Advances | $4,327.23 |
| Past Due Amount | $178,662.20 |
| Unapplied Balance | $0.00 |
| **Total Amount Due** | **$190,992.00** |

## Past Payments Breakdown

| | Paid Last Cycle | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Late Fees and Other Charges | $0.00 | $0.00 |
| Corporate Advance | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Transaction Activity (2/16/2015 - 03/15/2015)

| DATE | DESCRIPTION | PRINCIPAL | INTEREST | ESCROW | OPTIONAL | LATE CHARGES | FEES/ OTHER | SUSPENSE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | | There were not any transactions for the statement period. | | | | | |

## Important Messages

*Partial Payments: Any partial payments that you make are not applied to your mortgage but instead are held in an unapplied account on your mortgage. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

---

# SELENE® FINANCE

PAULETTA LANGLEY

SELENE FINANCE
PO BOX 71243
PHILADELPHIA, PA 19176-6243

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT

| Account Number | Payment Due Date | Regular Monthly Payment | Past Due Amount | Payments Due | Advances/ Fees Charged |
|---|---|---|---|---|---|
| 0000216689 | 04/01/2015 | $2,666.60 | $178,662.20 | 68 | $9,663.20 |

☐ Please check here if address, phone # or email change is indicated on reverse side.

## Total Amount Due

**Due By 04/01/2015:** **$190,992.00**

*If payment is received after 04/16/2015, a maximum of $86.07 late fee may be charged.*

| | |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | **$** |

# Exhibit 4

# SELENE®
## FINANCE

9990 Richmond, Suite 400 South
Houston, TX 77042-4546

# Mortgage Statement
Statement Date: 05/18/2015

If you have questions or concerns about your statement or account, please contact us at (877)735-3637 between the hours of 8:00am to 5:00pm CT Monday through Friday or you can contact us at www.selenefinance.com.

Hearing Impaired call 711 or (800)735-2989.

0-755-49997-0002338-001-1-000-010-000-000

PAULETTA LANGLEY
C/O DENBEAUX & DENBEAUX
366 KINDERKAMACK RD
WESTWOOD NJ 07675-1675

| Account Number | |
|---|---|
| Payment Due Date | **06/01/2015** |
| **Amount Due** | **$196,352.20** |

*If payment is received after 06/16/2015, a maximum of $86.07 late fee may be charged.*

**Property Address:**

207209 SHEPARD AVE
CITY OF EAST ORANGE NJ 07017

## Account Information

| | |
|---|---|
| Outstanding Principal Balance* | $308,475.91 |
| Deferred Principal Balance | $0.00 |
| Escrow Balance | -$815.52 |
| Interest Rate | 6.000% |
| Prepayment Penalty | No |

*This is the principal balance only, not the amount required to pay your account in full.*

## **Delinquency Notice**

**You are late on your mortgage payments.** Failure to bring your loan current may result in fees and foreclosure - the loss of your home. Your loan has been past due since 2009-10-02. As of 05/18/2015, you are 208 days delinquent on your mortgage loan.

- Payment Due 12/1/2014 Unpaid balance of $2,666.60
- Payment Due 1/1/2015 Unpaid balance of $2,666.60
- Payment Due 2/1/2015 Unpaid balance of $2,666.60
- Payment Due 3/1/2015 Unpaid balance of $2,666.60
- Payment Due 4/1/2015 Unpaid balance of $2,666.60
- Payment Due 5/1/2015 Unpaid balance of $2,666.60
- Current Payment Due 06/01/2015: $2,666.60
- Total $196,352.20 due. You must pay this amount to bring your loan CURRENT.

**If you are Experiencing Financial Difficulty:** See back for information about mortgage counseling assistance.

## Explanation of Amount Due

| | |
|---|---|
| Principal | $252.49 |
| Interest | $1,468.86 |
| Escrow (For Taxes and/or Insurance) | $945.25 |
| **Regular Monthly Payment** | **$2,666.60** |
| Total Late Fees and Other Charges | $5,335.97 |
| Corporate Advances | $4,354.23 |
| Past Due Amount | $183,995.40 |
| Unapplied Balance | $0.00 |
| **Total Amount Due** | **$196,352.20** |

## Past Payments Breakdown

| | Paid Last Cycle | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Late Fees and Other Charges | $0.00 | $0.00 |
| Corporate Advance | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Transaction Activity (4/18/2015 - 05/17/2015)

| DATE | DESCRIPTION | PRINCIPAL | INTEREST | ESCROW | OPTIONAL | LATE CHARGES | FEES/OTHER | SUSPENSE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | | There were not any transactions for the statement period. | | | | | |

## Important Messages

*Partial Payments: Any partial payments that you make are not applied to your mortgage but instead are held in an unapplied account on your mortgage. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

---

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT

# SELENE®
## FINANCE

PAULETTA LANGLEY

SELENE FINANCE
PO BOX 71243
PHILADELPHIA, PA 19176-6243



| Account Number | Payment Due Date | Regular Monthly Payment | Past Due Amount | Payments Due | Advances/Fees Charged |
|---|---|---|---|---|---|
| 0000216689 | 06/01/2015 | $2,666.60 | $183,995.40 | 70 | $9,690.20 |

Please check here if address, phone # or email change is indicated on reverse side.

| Total Amount Due | |
|---|---|
| **Due By 06/01/2015:** | **$196,352.20** |

*If payment is received after 06/16/2015, a maximum of $86.07 late fee may be charged.*

| Additional Principal | $ |
|---|---|
| Additional Escrow | $ |
| **Total Amount Enclosed** | $ |

# TELEPHONE SERVICES & MAILING ADDRESSES

## Visit our Website at www.selenefinance.com

Access your account information online! Go to www.selenefinance.com, then click on the "Access Your Account" option. Have your loan number and social security number with you, so you are ready to enroll.

To find a HUD-approved housing counseling agency in your area call (800) 569-4287 or go to www.HUD.gov or www.consumerfinance.gov/mortgagehelp/

### Payment and Correspondence Addresses

| **Payments Sent Overnight or Certified Mail Payments** | **Insurance Department (For Providing Hazard, Property, & Flood Documentation)** | **Property Taxes** |
|---|---|---|
| (Please include your loan number on the check or money order) | | |
| Selene Finance LP | Selene Finance LP | Selene Finance LP |
| ATTN: Cashiering Department | P.O. Box 105541 | ATTN: Tax Department |
| P.O. Box 71243 | Florence, SC 29502-0541 | P.O. Box 2505 |
| Philadelphia, PA 19176-6243 | Tel: (866) 920-0495 | Covina, CA 91722 |
| | Fax: (843) 413-7990 | Tel: (877) 735-3637 |
| | | Fax: (817) 826-0109 |

| **Payments and Bill Pay Services** | **Insurance Claims Department** | **Customer Service Department** |
|---|---|---|
| Selene Finance LP | (For Processing Loss Draft Claims) | Selene Finance LP |
| ATTN: Cashiering Department | Selene Finance LP | ATTN: Customer Service |
| 100 Grove Rd, Suite 6 | P.O. Box 100546 | P.O. Box 422039 |
| W. Deptford, NJ 08066 | Florence, SC 29502-0546 | Houston, TX 77242-4239 |
| | Tel: (866) 920-0497 | Tel: (877) 735-3637 |
| | Fax: (843) 317-7993 | Fax: (866) 926-5496 |

| **Payoff Checks Sent Overnight** | | **Rush Correspondence** |
|---|---|---|
| Selene Finance LP | | Selene Finance LP |
| ATTN: Cashiering Department | | ATTN: Customer Service |
| 9990 Richmond Avenue, Suite 400 South | | 9990 Richmond Avenue, Suite 400 South |
| Houston, TX 77042 | | Houston, TX 77042 |

## IMPORTANT PAYMENT INFORMATION

A mortgage is one of the most important financial obligations any individual will ever make. An indispensable part of that responsibility is the making of timely mortgage payments. If for any reason you are unable to make a payment when it is due, please contact our Customer Service Department at (877) 735-3637.

Avoid late charges by making payments for the exact amount on or before the due date. Postal delays do not constitute a waiver of late charges; therefore, please allow 7-10 days for delivery. If your payment is paid after the due date and any applicable grace period, please include the late charge with your payment.

If you choose to opt out of the ACH program or have inquiries please contact Customer Service at (877) 735-3637 8:00 a.m. to 7:00 p.m. CT Monday through Thursday and 8:00 a.m. to 5:00 p.m. CT Friday.

If you use overnight mail, your payment must be received by 2:00 p.m. CT, Monday - Friday (excluding holidays).

Make your payments online at www.selenefinance.com. There is no fee for this service.

ACH (Automated Payments) — Please contact our Customer Service Department to have an application mailed to you. Payments can be automatically drafted from your bank account on a monthly basis saving you time and money!

To make a payment by phone, please contact our Loan Resolution Department at (877) 768-3759 8:00 a.m. to 7:00 p.m. CT Monday through Thursday and 8:00 a.m. to 5:00 p.m. CT Friday. There is no fee for this service.

## IMPORTANT INFORMATION

Selene Finance LP is a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

**Bankruptcy:** If you received a bankruptcy discharge of this debt this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property. Also if you are involved in a bankruptcy please note that Selene Finance LP intends to fully comply with the Code including, without limitation, the automatic stay and the provisions of any confirmed bankruptcy plan.

**Credit Reporting:** We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Attention Servicemember and Dependents:** The Federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including prohibiting foreclosure under most circumstances during and twelve months after the servicemember's military or other service. Selene will not foreclose on the property of a servicemember or his or her dependent during that time, unless pursuant either to a court order or a servicemember's written waiver agreement.

For information on the property taxes or insurance premiums Selene Finance LP pays on your behalf from your escrow account, including the amount and date or any payments. Please access our website at www.selenefinance.com or call our Customer Service number shown above.

**For loans in Texas:** COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT (877) 276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.

**For loans in New York:** Selene Finance LP is a registered mortgage loan servicer with the New York Department of Financial Services. Borrowers may file complaints about Selene Finance LP with the New York Department of Financial Services and may obtain further information from the Department of Financial Services by calling the Department's Consumer Assistance Unit at (877) BANK-NYS or by visiting the Department's website at www.dfs.ny.gov.

---

## HAS YOUR ADDRESS OR ANY OTHER INFORMATION CHANGED?

### IF SO, PLEASE COMPLETE THIS FORM AND CHECK THE ☑ BOX ON THE REVERSE SIDE

Account Number: _____

Name: _____
First    MI    Last

New Mailing Address: _____
Street Address

_____
City    State    Zip Code

Home Phone Number: _____

Business Phone Number: _____

Mobile Phone Number: _____

Email Address: _____

# Exhibit 5

# SELENE® FINANCE

9990 Richmond, Suite 400 South
Houston, TX 77042-4546

## Mortgage Statement

Statement Date: 06/16/2015

If you have questions or concerns about your statement or account, please contact us at (877)735-3637 between the hours of 8:00am to 5:00pm CT Monday through Friday or you can contact us at www.selenefinance.com.

Hearing Impaired call 711 or (800)735-2989.

0-755-50110-0002202-001-1-000-010-000-000

PAULETTA LANGLEY
C/O DENBEAUX & DENBEAUX
366 KINDERKAMACK RD
WESTWOOD NJ 07675-1675

| Account Number | |
|---|---|
| Payment Due Date | 07/01/2015 |
| **Amount Due** | **$200,749.30** |

*If payment is received after 07/16/2015, a maximum of $86.07 late fee may be charged.*

**Property Address:**

207209 SHEPARD AVE
CITY OF EAST ORANGE NJ 07017

## Account Information

| | |
|---|---|
| Outstanding Principal Balance* | $308,475.91 |
| Deferred Principal Balance | $0.00 |
| Escrow Balance | -$815.52 |
| Interest Rate | 6.000% |
| Prepayment Penalty | No |

*This is the principal balance only, not the amount required to pay your account in full.

## **Delinquency Notice**

**You are late on your mortgage payments.** Failure to bring your loan current may result in fees and foreclosure - the loss of your home. Your loan has been past due since 2009-10-02. As of 06/16/2015, you are 211 days delinquent on your mortgage loan.

- Payment Due 1/1/2015 Unpaid balance of $2,666.60
- Payment Due 2/1/2015 Unpaid balance of $2,666.60
- Payment Due 3/1/2015 Unpaid balance of $2,666.60
- Payment Due 4/1/2015 Unpaid balance of $2,666.60
- Payment Due 5/1/2015 Unpaid balance of $2,666.60
- Payment Due 6/1/2015 Unpaid balance of $2,666.60
- Current Payment Due 07/01/2015: $2,666.60
- Total $200,749.30 due. You must pay this amount to bring your loan CURRENT.

**If you are Experiencing Financial Difficulty:** See back for information about mortgage counseling assistance.

## Explanation of Amount Due

| | |
|---|---|
| Principal | $253.75 |
| Interest | $1,467.60 |
| Escrow (For Taxes and/or Insurance) | $945.25 |
| **Regular Monthly Payment** | **$2,666.60** |
| Total Late Fees and Other Charges | $5,335.97 |
| Corporate Advances | $6,084.73 |
| Past Due Amount | $186,662.00 |
| Unapplied Balance | $0.00 |
| **Total Amount Due** | **$200,749.30** |

## Past Payments Breakdown

| | Paid Last Cycle | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Late Fees and Other Charges | $0.00 | $0.00 |
| Corporate Advance | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Transaction Activity (5/16/2015 - 06/15/2015)

| DATE | DESCRIPTION | PRINCIPAL | INTEREST | ESCROW | OPTIONAL | LATE CHARGES | FEES/OTHER | SUSPENSE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | There were not any transactions for the statement period. | | | | | | | | |

## Important Messages

*Partial Payments: Any partial payments that you make are not applied to your mortgage but instead are held in an unapplied account on your mortgage. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

005-0814-110F

---

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT

# SELENE® FINANCE

PAULETTA LANGLEY

SELENE FINANCE
PO BOX 71243
PHILADELPHIA, PA 19176-6243

| Account Number | Payment Due Date | Regular Monthly Payment | Past Due Amount | Payments Due | Advances/ Fees Charged |
|---|---|---|---|---|---|
| 0000216689 | 07/01/2015 | $2,666.60 | $186,662.00 | 71 | $11,420.70 |

☐ Please check here if address, phone # or email change is indicated on reverse side.

| Total Amount Due | |
|---|---|
| **Due By 07/01/2015:** | **$200,749.30** |

*If payment is received after 07/16/2015, a maximum of $86.07 late fee may be charged.*

| Additional Principal | $ |
|---|---|
| Additional Escrow | $ |
| **Total Amount Enclosed** | **$** |

# TELEPHONE SERVICES & MAILING ADDRESSES

## Visit our Website at www.selenefinance.com

Access your account information online! Go to www.selenefinance.com, then click on the "Access Your Account" option. Have your loan number and social security number with you, so you are ready to enroll.

To find a HUD-approved housing counseling agency in your area call (800) 569-4287 or go to www.HUD.gov or www.consumerfinance.gov/mortgagehelp/

### Payment and Correspondence Addresses

| | | |
|---|---|---|
| **Payments and Bill Pay Services**<br>Selene Finance LP<br>ATTN: Cashiering Department<br>P.O. Box 71243<br>Philadelphia, PA 19176-6243 | **Insurance Department** (For Flooding,<br>Hazard, Property, & Flood Documentation)<br>Selene Finance LP<br>P.O. Box 105641<br>Florence, SC 29502-0541<br>Fax: (843) 413-7990 | **Property Taxes**<br>Selene Finance LP<br>ATTN: Tax Department<br>P.O. Box 2365<br>Florence, SC 29722<br>Fax: (617) 826-0109 |
| **Payments Sent Overnight or Certified Mail Payments**<br>(Please include your name on the check or money order)<br>Selene Finance LP<br>ATTN: Cashiering Department<br>100 Grove Rd, Suite 6<br>W. Deptford, NJ 08066 | **Insurance Claims Department**<br>(For Processing Loss Draft Claims)<br>Selene Finance LP<br>P.O. Box 100546<br>Florence, SC 29502-0546<br>Tel: (866) 926-0497<br>Fax: (843) 413-7993 | **Customer Service Department**<br>Selene Finance LP<br>ATTN: Customer Service<br>P.O. Box 422039<br>Houston, TX 77242-4239<br>Tel: (877) 735-3637<br>Fax: (866) 926-5496 |
| **Payoff Checks Sent Overnight**<br>Selene Finance LP<br>ATTN: Cashiering Department<br>9990 Richmond Avenue, Suite 400 South<br>Houston, TX 77042 | | **Rush Correspondence**<br>Selene Finance LP<br>ATTN: Customer Service<br>9990 Richmond Avenue, Suite 400 South<br>Houston, TX 77042 |

## IMPORTANT PAYMENT INFORMATION

A mortgage is one of the most important financial obligations an individual will ever make. An indispensable part of that responsibility is the making of timely mortgage payments. If for any reason you are unable to make a payment when it is due, please contact our Customer Service Department at (877) 735-3637.

Avoid late charges by making payments for the exact amount on or before the due date. Postal delays do not constitute a waiver of the late charge; therefore, please allow 7-10 days for delivery. If your payment is paid after the due date and any applicable grace period, please include the late charge with your payment.

If you use overnight mail, your payment must be received by 2:00 p.m., CT, Monday - Friday (excluding holidays).

If you choose to opt out of the ACH program or have inquiries please contact Customer Service at (877) 735-3637 8:00 a.m. to 7:00 p.m. CT, Monday through Thursday and 8:00 a.m. to 5:00 p.m. CT Friday.

Make your payments online at www.selenefinance.com. There is no fee for this service.

ACH (Automated Payments) – Please contact our Customer Service Department to have an application mailed to you. Payments can be automatically drafted from your bank account on a monthly basis saving you time and money!

To make a payment by Phone, please contact our Loan Resolution Department at (877) 768-3759 8:00 a.m. to 7:00 p.m. CT Monday through Thursday and 8:00 a.m. to 5:00 p.m. CT Friday. There is no fee for this service.

## IMPORTANT INFORMATION

Selene Finance is a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

**Bankruptcy:** If you received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property. Also if you are involved in a bankruptcy please note that Selene Finance LP intends to fully comply with the Code including, without limitation, the automatic stay and the provisions of any confirmed bankruptcy plan.

**Credit Reporting:** We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Attention Servicemember and Dependents:** The Federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including prohibiting foreclosure under most circumstances during and twelve months after the servicemember's military or other active service. Selene will not foreclose on the property of a servicemember or his or her dependent during that time, unless pursuant either to a court order or a servicemember's written waiver agreement.

For information on the property taxes or insurance premiums Selene Finance LP pays on your behalf from your escrow account, including the amount and date of any payments, please access our website at www.selenefinance.com or call our Customer Service number shown above.

**For loans in Texas:** COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT (877) 276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.

**For loans in New York:** Selene Finance LP is a registered mortgage loan servicer with the New York Department of Financial Services. Borrowers may file complaints about Selene Finance LP with New York Department of Financial Services and may obtain further information from the Department of Financial Services by calling the Department's Consumer Assistance Unit at (877) BANK-NYS or by visiting the Department's website at www.dfs.ny.gov.

---

## HAS YOUR ADDRESS OR ANY OTHER INFORMATION CHANGED?

IF SO, PLEASE COMPLETE THIS FORM AND CHECK THE ☒ BOX ON THE REVERSE SIDE

Account Number: _____

Name: _____
           First              MI              Last

New Mailing Address: _____

Street Address _____

City _____ State _____ Zip Code _____

Home Phone Number: _____

Business Phone Number: _____

Mobile Number: _____

Email Address: _____

# Exhibit 6

# SELENE® FINANCE

9990 Richmond, Suite 400 South
Houston, TX 77042-4546



**Mortgage Statement**

Statement Date: 07/16/2015

If you have questions or concerns about your statement or account, please contact us at (877)735-3637 between the hours of 8:00am to 5:00pm CT Monday through Friday or you can contact us at www.selenefinance.com.

Hearing Impaired call 711 or (800)735-2989.

0-755-50228-0001979-001-1-000-010-000-000

PAULETTA LANGLEY
C/O DENBEAUX & DENBEAUX
366 KINDERKAMACK RD
WESTWOOD NJ 07675-1675



| Account Number | |
|---|---|
| Payment Due Date | 08/01/2015 |
| **Amount Due** | **$203,689.00** |

*If payment is received after 08/16/2015, a maximum of $86.07 late fee may be charged.*

**Property Address:**

207209 SHEPARD AVE
CITY OF EAST ORANGE NJ 07017

## Account Information

| | |
|---|---|
| Outstanding Principal Balance* | $308,475.91 |
| Deferred Principal Balance | $0.00 |
| Escrow Balance | -$815.52 |
| Interest Rate | 6.000% |
| Prepayment Penalty | No |

*This is the principal balance only, not the amount required to pay your account in full.

## **Delinquency Notice**

**You are late on your mortgage payments.** Failure to bring your loan current may result in fees and foreclosure - the loss of your home. Your loan has been past due since 2009-10-02. As of 07/16/2015, you are 214 days delinquent on your mortgage loan.

- Payment Due 2/1/2015 Unpaid balance of $2,666.60
- Payment Due 3/1/2015 Unpaid balance of $2,666.60
- Payment Due 4/1/2015 Unpaid balance of $2,666.60
- Payment Due 5/1/2015 Unpaid balance of $2,666.60
- Payment Due 6/1/2015 Unpaid balance of $2,666.60
- Payment Due 7/1/2015 Unpaid balance of $2,666.60
- Current Payment Due 08/01/2015: $2,919.70
- Total $203,689.00 due. You must pay this amount to bring your loan CURRENT.

**If you are Experiencing Financial Difficulty:** See back for information about mortgage counseling assistance.

## Explanation of Amount Due

| | |
|---|---|
| Principal | $255.02 |
| Interest | $1,466.33 |
| Escrow (For Taxes and/or Insurance) | $1,198.35 |
| **Regular Monthly Payment** | **$2,919.70** |
| Total Late Fees and Other Charges | $5,335.97 |
| Corporate Advances | $6,104.73 |
| Past Due Amount | $189,328.60 |
| Unapplied Balance | $0.00 |
| **Total Amount Due** | **$203,689.00** |

## Past Payments Breakdown

| | Paid Last Cycle | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Late Fees and Other Charges | $0.00 | $0.00 |
| Corporate Advance | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

## Transaction Activity (6/16/2015 - 07/15/2015)

| DATE | DESCRIPTION | PRINCIPAL | INTEREST | ESCROW | OPTIONAL | LATE CHARGES | FEES/ OTHER | SUSPENSE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | There were not any transactions for the statement period. | | | | | | |

## Important Messages

*Partial Payments: Any partial payments that you make are not applied to your mortgage but instead are held in an unapplied account on your mortgage. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

005-0814-1100F

---

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT

# SELENE® FINANCE

PAULETTA LANGLEY

SELENE FINANCE
PO BOX 71243
PHILADELPHIA, PA 19176-6243

| Account Number | Payment Due Date | Regular Monthly Payment | Past Due Amount | Payments Due | Advances/ Fees Charged |
|---|---|---|---|---|---|
| 0000216689 | 08/01/2015 | $2,919.70 | $189,328.60 | 72 | $11,440.70 |

Please check here if address, phone # or email change is indicated on reverse side.

## Total Amount Due

Due By 08/01/2015: **$203,689.00**

*If payment is received after 08/16/2015, a maximum of $86.07 late fee may be charged.*

| | |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| Total Amount Enclosed | $ |

## TELEPHONE SERVICES & MAILING ADDRESSES
### Visit our Website at www.selenefinance.com

Access your account information online! Go to www.selenefinance.com, then click on the "Access Your Account" option. Have your loan number and social security number with you, so you are ready to enroll.

To find a HUD-approved housing counseling agency in your area call (800) 569-4287 or go to www.HUD.gov or www.consumerfinance.gov/mortgagehelp/

### Payment and Correspondence Addresses

**Property Taxes**
Selene Finance LP
ATTN: Tax Department
P.O. Box 2505
Covina, CA 91722
Tel: (877) 735-3637
Fax: (817) 826-0109

**Insurance Department** *(For Providing Hazard, Property, & Flood Documentation)*
Selene Finance LP
ATTN: Insurance Department
P.O. Box 105541
Florence, SC 29502-0541
Tel: (843) 413-7990
Fax: (843) 413-7993

**Payments Sent Overnight or of Certified Mail Payments**
(Please include loan number on the check or money order)
Selene Finance LP
ATTN: Cashiering Department
P.O. Box 17243
Philadelphia, PA 19178-6243

**Payments and Bill Pay Services**
Selene Finance LP
ATTN: Cashiering Department
100 Grove Rd., Suite B
W. Deptford, NJ 08066

**Customer Service Department**
Selene Finance LP
ATTN: Customer Service
P.O. Box 422059
Houston, TX 77242-4239
Tel: (877) 735-3637
Fax: (866) 926-5496

**Insurance Department** *(For Processing Loss Draft Claims)*
Selene Finance LP
P.O. Box 105646
Florence, SC 29502-0546
Tel: (866) 920-0497
Fax: (866) 413-7993

**Payoff Checks Sent Overnight**
Selene Finance LP
ATTN: Cashiering Department
9990 Richmond Avenue, Suite 400 South
Houston, TX 77042

**Rush Correspondence**
Selene Finance LP
9990 Richmond Avenue, Suite 400 South
Houston, TX 77042

### IMPORTANT PAYMENT INFORMATION

A mortgage is one of the most important financial obligations an individual will ever make. An indispensable part of that responsibility is the making of timely mortgage payments. If for any reason you are unable to make a payment when it is due, please contact our Customer Service Department at (877) 735-3637.

Avoid late charges by making payments for the exact amount on time on or before the due date. Postal delays do not constitute a waiver of late charges; therefore, please allow 7-10 days for delivery. If your payment is paid after the due date and any applicable grace period, please include the late charge with your payment.

If you use overnight mail, your payment must be received by 2:00 p.m. CT, Monday - Friday (excluding holidays).

If you choose to opt out of the ACH program or have inquiries please contact Customer Service at (877) 735-3637 8:00 a.m. to 7:00 p.m. CT Monday through Thursday and 8:00 a.m. to 5:00 p.m. CT Friday.

**ACH (Automated Payments)** — Please contact our Customer Service Department to have an application mailed to you. Payments can be automatically drafted from your bank account on a monthly basis saving you time and money!

Make your payments online at www.selenefinance.com. There is no fee for this service.

To make a payment by phone, please contact our Loan Resolution Department at (877) 768-3759 8:00 a.m. to 7:00 p.m. CT Monday through Thursday and 8:00 a.m. to 5:00 p.m. CT Friday. There is no fee for this service.

### IMPORTANT INFORMATION

Selene Finance LP is a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

**Bankruptcy.** If you received a bankruptcy discharge of this debt this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property. Also if you are involved in a bankruptcy please note that Selene Finance LP intends to fully comply with the Code including, without limitation, the automatic stay and the provisions of any confirmed bankruptcy plan.

**Credit Reporting.** We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

**Attention Servicemember and Dependents.** The Federal Servicemembers Civil Relief Act and certain state laws provide important protections for you, including prohibiting foreclosure under most circumstances during and twelve months after the servicemember's military or other service. Selene will not foreclose on the property of a servicemember or his or her dependent during that time, unless pursuant either to a court order or a servicemember's written waiver agreement.

For information on the property taxes our insurance premiums Selene Finance LP pays on your behalf from your escrow account, including the amount and date of any payments. Please access our website at www.selenefinance.com or call our Customer Service number shown above.

**For loans in Texas:** COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT (877) 276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address listed above, or by email at smlinfo@sml.texas.gov.

**For loans in New York:** Selene Finance LP is a registered mortgage loan servicer with the New York State Department of Financial Services. Borrowers may file complaints about Selene Finance LP with New York Department of Financial Services and may obtain further information from the Department of Financial Services by calling the Department's Consumer Assistance Unit at (877) BANK-NYS or by visiting the Department's website at www.dfs.ny.gov.

---

## HAS YOUR ADDRESS OR ANY OTHER INFORMATION CHANGED?

IF SO, PLEASE COMPLETE THIS FORM AND CHECK THE ☑ BOX ON THE REVERSE SIDE

Account Number: _____

Name: _____ First _____ MI _____ Last

New Mailing Address: _____ Street Address _____ City _____ State _____ Zip Code

Home Phone Number: _____    Business Phone Number: _____

Mobile Number: _____    Email Address: _____

# Exhibit 7

 **SELENE®** FINANCE
9990 Richmond, Suite 400 South
Houston, TX 77042-4546

## Mortgage Statement
Statement Date: 08/17/2015

If you have questions or concerns about your statement or account, please contact us at (877) 735-3637 between the hours of 8:00am to 5:00pm CT Monday through Friday or you can contact us at www.selenefinance.com.

Hearing Impaired call 711 or (800) 735-2989.

 0-755-50348-0001986-001-1-000-010-000-000

PAULETTA LANGLEY
C/O DENBEAUX & DENBEAUX
366 KINDERKAMACK RD
WESTWOOD NJ 07675-1675

 RECEIVED AUG 2 2 2015

| Account Number | |
|---|---|
| Payment Due Date | 09/01/2015 |
| **Amount Due** | **$206,608.70** |

If payment is received after 09/16/2015, a maximum of $86.07 late fee may be charged.

**Property Address:**
207209 SHEPARD AVE
CITY OF EAST ORANGE NJ 07017

### Account Information
| | |
|---|---|
| Outstanding Principal Balance* | $308,475.91 |
| Deferred Principal Balance | $0.00 |
| Escrow Balance | -$815.52 |
| Interest Rate | 6.000% |
| Prepayment Penalty | No |

*This is the principal balance only, not the amount required to pay your account in full.

### **Delinquency Notice**
**You are late on your mortgage payments.** Failure to bring your loan current may result in fees and foreclosure - the loss of your home. Your loan has been past due since 2009-10-02. As of 08/17/2015, you are 217 days delinquent on your mortgage loan.

*Recent Account History*
- Payment Due 3/1/2015 Unpaid balance of $2,666.60
- Payment Due 4/1/2015 Unpaid balance of $2,666.60
- Payment Due 5/1/2015 Unpaid balance of $2,666.60
- Payment Due 6/1/2015 Unpaid balance of $2,666.60
- Payment Due 7/1/2015 Unpaid balance of $2,666.60
- Payment Due 8/1/2015 Unpaid balance of $2,919.70
- Current Payment Due 09/01/2015: $2,919.70
- Total $206,608.70 due. You must pay this amount to bring your loan CURRENT.

**If you are Experiencing Financial Difficulty:** See back for information about mortgage counseling assistance.

### Explanation of Amount Due
| | |
|---|---|
| Principal | $256.29 |
| Interest | $1,465.06 |
| Escrow (For Taxes and/or Insurance) | $1,198.35 |
| **Regular Monthly Payment** | **$2,919.70** |
| Total Late Fees and Other Charges | $5,335.97 |
| Corporate Advances | $6,104.73 |
| Past Due Amount | $192,248.30 |
| Unapplied Balance | $0.00 |
| **Total Amount Due** | **$206,608.70** |

### Past Payments Breakdown
| | Paid Last Cycle | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $0.00 |
| Interest | $0.00 | $0.00 |
| Escrow (for Taxes & Insurance) | $0.00 | $0.00 |
| Late Fees and Other Charges | $0.00 | $0.00 |
| Corporate Advance | $0.00 | $0.00 |
| Partial Payment (Unapplied)* | $0.00 | $0.00 |
| **Total** | **$0.00** | **$0.00** |

### Transaction Activity (7/17/2015 - 08/16/2015)

| DATE | DESCRIPTION | PRINCIPAL | INTEREST | ESCROW | OPTIONAL | LATE CHARGES | FEES/ OTHER | SUSPENSE | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | | There were not any transactions for the statement period. | | | | | |

### Important Messages
*Partial Payments: Any partial payments that you make are not applied to your mortgage but instead are held in an unapplied account on your mortgage. If you pay the balance of a partial payment, the funds will then be applied to your mortgage.

---

DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT

 **SELENE®** FINANCE

PAULETTA LANGLEY

SELENE FINANCE
PO BOX 71243
PHILADELPHIA, PA 19176-6243

| Account Number | Payment Due Date | Regular Monthly Payment | Past Due Amount | Payments Due | Advances/ Fees Charged |
|---|---|---|---|---|---|
| 0000216689 | 09/01/2015 | $2,919.70 | $192,248.30 | 73 | $11,440.70 |

☐ Please check here if address, phone # or email change is indicated on reverse side.

### Total Amount Due
Due By 09/01/2015: **$206,608.70**
*If payment is received after 09/16/2015, a maximum of $86.07 late fee may be charged.*

| | |
|---|---|
| Additional Principal | $ |
| Additional Escrow | $ |
| **Total Amount Enclosed** | $ |

005-0814-1100F

# Exhibit 8

Pauletta Langley
207-209 Shepard Avenue, East Orange, NJ 07017

**Via First Class Mail, Return Receipt Requested**

April 23, 2015

Selene Finance LP

      Re:    Langley, Pauletta
             Property address:    207-209 Shepard Avenue, East Orange, NJ 07017
             Loan #: ████████
             **Notice of Error pursuant to 12 C.F.R. 1024.35**

Dear Sir/Madam:

      I write to you because I believe that you are the current servicer for my loan.  If you are not the current servicer, please immediately advise my attorneys who my servicer is.

      I am currently represented by Joshua W. Denbeaux, Esq. and Adam Deutsch, Esq. of Denbeaux & Denbeaux, 366 Kinderkamack Road, Westwood, New Jersey 07675.  My attorneys have assisted me in preparation of this Notice of Error.  Their telephone number is (201) 664-8855.  **I let you know this fact because I do not wish to have any communication from you with regard to my loan as I want everything to go directly to my attorney.**  Please direct all responses to the within Notice of Error and request for correction of error to my attorneys.  I am instructing you that I do not wish to waive any right of mine that may exist under any law or regulation to <u>not</u> receive communications of any kind directly from you or the lender on the loan. Your response to this communication should therefore <u>not</u> go to me but should be delivered to my attorney.

1

On February 23, 2015 I sent you a Request for Information and Qualified Written Request. The February request did not inform you of the error on my account. Please be advised that this is not a duplicate Request for Information or Qualified Written Request, but simply Notice of Error made pursuant to 12 CFR 1024.35.

I am advising you of the following error(s) :

1. Dating back to December 2012 at which time Statebridge Company, LLC became the servicer of the mortgage loan, monthly loan statements have included a charge in the amount of $945.25 for "Escrow (Taxes and Insurance)". The $945.25 has been added to the "Total Amount Due" each month.

2. The mortgage statement sent by Selene Finance dated February 17, 2015 contains the same error and wrongly charges $945.25 for "Escrow (for Taxes and/or Insurance)."

3. All escrow expenses including taxes and insurance have been paid directly by the homeowner for the calendar years of 2013 and 2014. Neither Statebridge, Selene nor any other entity have made payments toward escrows since December 2012.

4. It is an error to charge Ms. Langley $945.25 each month for escrow fees not being incurred by the creditor and/or loan servicer.

5. The loan account is overstated by more than $25,000.00 due to the wrongful addition of $945.25 each month to the amount allegedly owed on the loan.

6. It is also an error to be charging interest on the escrow fees which have been wrongly charged.

7. Pursuant to 12 CFR 1024.35 I request that you correct the errors on my account.

Enclosed as **Exhibit 1** please find a copy of the 2/17/2015 Selene Finance Statement which includes $945.25 for taxes and/or insurance. Ms. Langley has additional statements dating back to December 2012 that can be provided upon request. That said, Selene Finance should be able to obtain such records in connection with its investigation pursuant to 12 CFR 1024.35. If Selene is in need of additional information or has any questions please contact my attorneys.


Thank you.

Pauletta Langley

Cc:    Adam Deutsch, Esq.



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®*.

**OFFICIAL USE**

| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To *Selene Finance, LP*
Street & Apt. No., or PO Box No. *P.O. Box 422039*
City, State, ZIP+4 *Houston, Tx 77242-4239*

PS Form 3800, July 2014          See Reverse for Instructions

7014 2870 0000 4958 2816

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

English     **Customer Service**     USPS Mobile     Register / Sign In



# USPS Tracking™


**Customer Service ›**
Have questions? We're here to help.


**Get Easy Tracking Updates ›**
Sign up for My USPS.

**Tracking Number: 70142870000049582816**

**Expected Delivery Day: Monday, April 27, 2015**

## Product & Tracking Information

## Available Actions

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **April 27, 2015 , 10:40 am** | Delivered | **HOUSTON, TX 77042** |

Your item was delivered at 10:40 am on April 27, 2015 in HOUSTON, TX 77042.

| | | |
|---|---|---|
| April 27, 2015 , 10:01 am | Available for Pickup | HOUSTON, TX 77242 |
| April 25, 2015 , 7:56 pm | Arrived at USPS Origin Facility | NORTH HOUSTON, TX 77315 |
| April 24, 2015 , 12:28 am | Departed USPS Facility | HARTFORD, CT 06101 |
| April 23, 2015 , 9:44 pm | Arrived at USPS Facility | HARTFORD, CT 06101 |
| April 23, 2015 , 4:45 pm | Departed Post Office | SPRINGFIELD, MA 01103 |
| April 23, 2015 , 3:41 pm | Acceptance | SPRINGFIELD, MA 01103 |

## Track Another Package

**Tracking (or receipt) number**

Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

**Sign up for My USPS ›**

