STEVEN K. EISENBERG, ESQUIRE (009221995)
JACQUELINE F. MCNALLY, ESQUIRE (02042005)
DAVID M. LAMBROPOULOS, ESQUIRE (040322006)
SALVATORE CAROLLO, ESQUIRE (007012001)
MICHAEL J. REILLY, ESQUIRE (042522012)
LUCAS M. ANDERSON, ESQUIRE (014342011)
JOHN KOLESNIK, ESQUIRE (012412010)
JUSTIN M. STRAUSSER, ESQUIRE (090692014)
CHRISTOPHER M. CAMPOREALE, ESQUIRE (072082013)
STEFANIE MALONE-ZEITZ, ESQUIRE (107872014)
FRANK J. KEENAN, ESQUIRE (022041994)
STERN & EISENBERG, PC
1040 N. KINGS HIGHWAY, SUITE 407
CHERRY HILL, NJ 08034
TELEPHONE: (609) 397-9200
FACSIMILE: (856) 667-1456

# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| PAULETTA LANGLEY<br>        Plaintiff,<br><br>              vs.<br><br>SELENE FINANCE, LP; JOHN DOES I-X,<br>        Defendants | Civil Action No.: 2:15-CV-06466-SDW-SCM<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

It is hereby stipulated and agreed by and between Plaintiff, Pauletta Langley, and Defendant, Selene Finance, LP, acting through their duly authorized counsel, that Plaintiff's claims against Defendant in the above-captioned action, be and are hereby DISMISSED WITH PREJUDICE, and without costs against any party.

DENBEAUX & DENBEAUX                    STERN & EISENBERG, PC


By: /s/ Adam Deutsch, Esquire          By: /s/ Salvatore Carollo, Esquire
        Adam Deutsch, Esquire                  Salvatore Carollo, Esquire
        366 Kinderkamack Road                  1040 N. Kings Highway, Ste. 407
        Westwood, NJ 07675                     Cherry Hill, NJ 08034
        Attorneys for Plaintiff                Attorneys for Defendants


SO ORDERED:


_____
                    ,U.S.D.J.